```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

CHRISTINA CORDA,              )
     Plaintiff,               )
                              )
     v.                       )   Civ. A. No. 15-10628
                              )
SUFFOLK COUNTY DISTRICT       )
ATTORNEYS OFFICE,             )
     Defendant.               )
```

ORDER

WOLF, D.J.                                              March 5, 2015

    I hereby RECUSE myself pursuant to 28 U.S.C. §455(a). Therefore, this case is hereby RETURNED to the Clerk to be randomly reassigned.

                                                     /s/ Mark L. Wolf
                                        UNITED STATES DISTRICT JUDGE