**FAIRWORK**PC | EMPLOYMENT LAW

September 4, 2015

**BY ELECTRONIC & REGULAR MAIL**

Aaron White, Esq.
Boyle, Shaughnessy & Campo, P.C.
695 Atlantic Avenue #11
Boston, MA 02111

      RE: *Christina Corda v. Suffolk County District Attorney's Office*
            U.S. District Court, District of Massachusetts, Civil Action No. 15-10628

Dear Aaron:

    Enclosed is Ms. Corda's response to your client's second request for production of documents.

                                        Sincerely,

                                        Stephen Churchill

Encl.

cc:    Christine Corda

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 15-10628-RWZ

| | |
|---|---|
| CHRISTINA CORDA,<br>　Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| SUFFOLK COUNTY DISTRICT<br>ATTORNEY'S OFFICE,<br>　Defendant | )<br>)<br>)<br>) |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S
SECOND REQUEST FOR PRODUCTION OF DOCUMENTS**

22.　Please produce copies of any and all written correspondence, including emails, texts, and Facebook messages, from September 19, 2014 through September 22, 2014 exchanged between you and any other individual with whom you discussed any allegations contained in the Complaint.

RESPONSE: Ms. Corda objects to this request to the extent it requests communications that are not relevant to any party's claim or defense. Subject to this objection, Ms. Corda states that any responsive communications that are in her possession, custody, or control, and that are relevant to any party's claim or defense, have been or will be produced.

23.　Please produce copies of any and all written correspondence, including emails, texts, and Facebook messages, from September 19, 2014 through September 22, 2014 exchanged between you and Caren Donovan.

RESPONSE: Ms. Corda objects to this request to the extent it requests communications that are not relevant to any party's claim or defense. Subject to this objection, Ms. Corda states that any responsive communications that are in her possession, custody, or control, and that are relevant to any party's claim or defense, have been or will be produced.

24. Please produce copies of any and all written correspondence, including emails, texts, and Facebook messages, from September 19, 2014 through September 22, 2014 exchanged between you and "Christine," of which incomplete copies of correspondence have been already produced.

RESPONSE: Ms. Corda objects to this request to the extent it requests communications that are not relevant to any party's claim or defense. Subject to this objection, Ms. Corda states that any responsive communications that are in her possession, custody, or control, and that are relevant to any party's claim or defense, have been or will be produced.

25. Please produce copies of any and all written correspondence, including emails, texts, and Facebook messages, from September 19, 2014 through September 22, 2014 exchanged between you and Craig McClellan.

RESPONSE: Ms. Corda objects to this request to the extent it requests communications that are not relevant to any party's claim or defense. Subject to this objection, Ms. Corda states that any responsive communications that are in her possession, custody, or control, and that are relevant to any party's claim or defense, have been or will be produced.

26. Please produce copies of any and all written correspondence, including emails, texts, and Facebook messages, from September 19, 2014 through July 1, 2015 exchanged between you and Kate Lagana relating to the incident that occurred on September 19, 2014, your termination on September 22, 2014, and the District Attorney's investigation of the allegations of the plaintiff.

RESPONSE: Ms. Corda objects to this request to the extent it requests communications that are not relevant to any party's claim or defense. Subject to this objection, Ms. Corda states

that any responsive communications that are in her possession, custody, or control, and that are relevant to any party's claim or defense, have been or will be produced.

27. Please produce copies of any and all written correspondence, including emails, texts, and Facebook messages, from September 19, 2014 through September 22, 2014 exchanged between you and Matt Feeney.

RESPONSE: Ms. Corda objects to this request to the extent it requests communications that are not relevant to any party's claim or defense. Subject to this objection, Ms. Corda states that any responsive communications that are in her possession, custody, or control, and that are relevant to any party's claim or defense, have been or will be produced.

28. Please produce copies of all written correspondence, including emails, text messages, and Facebook messages, from September 19, 2014 through January 1, 2015 exchanged between you and Rilwan Adedutan, concerning the plaintiff's employment with the defendant, the incident that occurred on September 19, 2014, plaintiff's termination, plaintiff's MCAD Complaint, and the Complaint filed in Federal Court.

RESPONSE: Ms. Corda objects to this request to the extent it requests communications that are not relevant to any party's claim or defense. Subject to this objection, Ms. Corda states that any responsive communications that are in her possession, custody, or control, and that are relevant to any party's claim or defense, have been or will be produced.

29. Please produce copies of any and all written correspondence, including emails, texts, and Facebook messages, from September 19, 2014 through September 22, 2014 exchanged between you and Sarah McAvoy.

RESPONSE: Ms. Corda objects to this request to the extent it requests communications that are not relevant to any party's claim or defense. Subject to this objection, Ms. Corda states

that any responsive communications that are in her possession, custody, or control, and that are relevant to any party's claim or defense, have been or will be produced.

30.  Please produce copies of any and all written correspondence, including emails, texts, and Facebook messages, from September 19, 2014 through September 22, 2014 exchanged between you and Jen O'Keefe.

RESPONSE:  Ms. Corda objects to this request to the extent it requests communications that are not relevant to any party's claim or defense. Subject to this objection, Ms. Corda states that any responsive communications that are in her possession, custody, or control, and that are relevant to any party's claim or defense, have been or will be produced.

                                                CHRISTINA CORDA,
                                                By her attorney,

                                                /s/ Stephen Churchill
                                                Stephen Churchill, BBO # 564158
                                                FAIR WORK, P.C.
                                                192 South Street, Suite 450
                                                Boston, MA 02111
                                                (617) 607-3260
                                                steve@fairworklaw.com

Dated: September 4, 2015

## CERTIFICATE OF SERVICE

I certify that I served, by regular and electronic mail, a copy of the foregoing document on all counsel of record.

Dated: September 4, 2015

_____
Stephen Churchill