# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Civil Action No. 15-10628-RWZ

CHRISTINA CORDA,                       )
  Plaintiff                   )
                                    )
v.                                     )
                                    )
SUFFOLK COUNTY DISTRICT                )
ATTORNEY'S OFFICE,                     )
  Defendant                   )

## WITHDRAWAL OF PLAINTIFF'S MOTION TO COMPEL

Plaintiff Christina Corda withdraws her motion to compel (ECF No. 19) based on the

defendant's agreement to produce the memorandum at issue.

CHRISTINA CORDA
By her attorney,

/s/ Stephen Churchill
Stephen Churchill, BBO # 564158
FAIR WORK, P.C.
192 South Street, Suite 450
Boston, MA 02111
(617) 607-3260
steve@fairworklaw.com

Dated: September 28, 2015

**CERTIFICATE OF SERVICE**

I certify that I served, by the ECF system, a copy of the foregoing document on all counsel of record.

Dated:  September 28, 2015                    /s/ Stephen Churchill
                                              Stephen Churchill