UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 15-10628-RWZ

| | |
|---|---|
| CHRISTINA CORDA, | ) |
|   Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| SUFFOLK COUNTY DISTRICT | ) |
| ATTORNEY'S OFFICE, | ) |
|   Defendant | ) |

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL

Plaintiff Christina Corda opposes the Defendant's Motion to Compel a Forensic Examination of Her Cell Phone. That motion effectively constitutes a motion for reconsideration of the Defendant's unsuccessful motion to dismiss (ECF No. 39), which was based on the same allegations and which likewise requested, as alternative relief, a forensic examination of Ms. Corda's cell phone. (Memorandum in Support of Motion to Dismiss, ECF No. 39, at 13-14) ("Second, the Plaintiff must permit counsel for the DA's Office to conduct a forensic examination of her personal cell phones that she used as of September 2014…."). That motion was denied in full on January 15, 2016, and the Defendant then filed this renewed motion, based on the same allegations, on January 29, 2016.

Pursuant to the Scheduling Conference held on February 4, 2016, during which counsel presented arguments on this issue, it is Ms. Corda's understanding that the Court will not be ordering a forensic examination of her cell phone. The Court instead directed that she submit an affidavit regarding her production of text messages. An affidavit from Ms. Corda is attached as Exhibit A.

WHEREFORE, Ms. Corda respectfully requests that the Court deny the Defendant's motion to compel a forensic examination of her cell phone.

                CHRISTINA CORDA
                By her attorney,

                /s/ Stephen Churchill
                Stephen Churchill, BBO # 564158
                FAIR WORK, P.C.
                192 South Street, Suite 450
                Boston, MA 02111
                (617) 607-3260
                steve@fairworklaw.com

Dated:  February 11, 2016

## CERTIFICATE OF SERVICE

      I certify that I served, by the ECF system, a copy of the foregoing document on all counsel of record.

Dated: February 11, 2016                      /s/ Stephen Churchill
                                                           Stephen Churchill