UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CHRISTINA CORDA, | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. 1:15-c-10628-RWZ |
| v. | ) | |
| | ) | |
| SUFFOLK COUNTY DISTRICT | ) | |
| ATTORNEY'S OFFICE, | ) | |
|     Defendant. | ) | |

## TRIAL WITNESS LISTS

PLAINTIFF

1. Christina Corda, Boston, MA (Fact Witness)

2. Daniel Conley, Hyde Park, MA (Fact Witness)

3. John Towle, Hyde Park, MA (Fact Witness)

4. John ("Jack") Zanini, Roslindale, MA (Fact Witness)

5. Patrick Haggan, Westford, MA (Fact Witness)

6. Mark Lee, Wellesley, MA (Fact Witness)

7. Caitlin Grasso, Somerville, MA (Fact Witness)

8. Dana Pierce, East Boston, MA (Fact Witness)

9. Christine Walsh, Boston, MA (Fact Witness)

10. Joseph Janezic, Brockton, MA (Fact Witness)

11. Craig Moore, Ph.D., Southwick, MA (Expert Witness – Economic Damages)

12. Ms. Corda respectfully reserves the right to request leave to call other witnesses in rebuttal, if necessary.

DEFENDANT

    The defendant reserves its right to call any of the witnesses identified in the plaintiff's witness list during the defendant's case. In addition to those witnesses the defendant intends to call the following trial witnesses.

1. John Pappas, 1 Bulfinch Place, Boston, MA 02114; fact witness.

2. Christina Miller, 1 Bulfinch Place, Boston, MA 02114; fact witness.

3. Darcy Kofol, 3501 Navajo Street, Denver, CO 80211; fact witness.

4. Joshua Cummings, Boston Police Department, One Schroeder Plaza, Boston, MA 02120; fact witness.

5. Benjamin Goldberger, Deputy Legal Counsel, Office of the Governor of the Commonwealth of Massachusetts; fact witness.

6. Benjamin Megrian, 1 Bulfinch Place, Boston, MA 02114; fact witness.

7. Nicholas Brandt, 1 Bulfinch Place, Boston, MA 02114; fact witness.

8. Troy Anderson, 41 North Mogar Avenue, No. 2, Mt. Kisco, New York, 10549; fact witness.

9. Zachary Hillman, 1 Bulfinch Place, Boston, MA 02114; fact witness.

10. David McGowan, 1 Bulfinch Place, Boston, MA 02114; fact witness.

11. Patrick Devlin, 19 Driftwood Road, Marblehead, MA 01045; fact witness.

12. Vincent DeMore, 1 Bulfinch Place, Boston, MA 02114; fact witness.

13. Gregory Henning, 1 Bulfinch Place, Boston, MA 02114; fact witness.

14. Patrick Mulligan, 1 Bulfinch Place, Boston, MA 02114; fact witness.

15. Scott Lukas, M.D., McLean Hospital/Harvard Medical School, 115 Mill Street, Belmont, MA 02478; expert witness (toxicology).

16. Dana Hewins, Ph.D., 1 Tamett Brook Road, Lakeville, MA 02347; expert witness (economics).

| THE PLAINTIFF, | THE DEFENDANT, |
|---|---|
| CHRISTINA CORDA, | SUFFOLK COUNTY DISTRICT |
| BY HER ATTORNEY, | ATTORNEY'S OFFICE, |
| | BY ITS ATTORNEYS, |

*/s/ Stephen Churchill*  
Stephen Churchill, BBO#564158  
FAIR WORK, P. C.  
192 South Street, Suite 450  
Boston, MA  02111  
(617) 607-3260  
steve@fairworklaw.com

*/s/ Aaron R. White*  
Anthony M. Campo, BBO#552093  
tcampo@BSCtrialattorneys.com  
Aaron R. White, BBO# 650918  
awhite@BSCtrialattorneys.com  
Boyle, Shaughnessy & Campo, P.C.  
695 Atlantic Avenue, 11th Floor  
Boston, MA 02111  
(617) 451-2000  
Fax: (617) 451-5775

DATED:   5/16/16

DATED:   5/16/16

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2016, I filed the foregoing document filed through the ECF system which will send notice electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/      *Aaron R. White*