# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Christina Corda
        Plaintiff(s)

V.

Suffolk County District Attorney's Office
        Defendant(s)

CIVIL ACTION

NO. 15-10628-RWZ

## REPORT RE: REFERENCE FOR
## ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE  Rya W. Zobel

[ ]  The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

**X**  On  5/20/2016  I held the following ADR proceeding:

|  | SCREENING CONFERENCE |  | EARLY NEUTRAL EVALUATION |
|---|---|---|---|
| **X** | MEDIATION |  | SUMMARY BENCH / JURY TRIAL |
|  | MINI-TRIAL |  | SETTLEMENT CONFERENCE |

All parties were represented by counsel [except _____]

The parties were / were not present in person or by authorized corporate officer [except _____].

The case was:

[ ]  Settled. Your clerk should enter a _____ day order of dismissal.

[ ]  There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

**X**  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement:

5/20/2016
DATE

/s/Edward F. Harrington
ADR Provider

(ADR Report.wpd - 4/12/2000)      [adrrpt.]