UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

                                              Civil Action No. 15-10628-RWZ

CHRISTINA CORDA,                )
  Plaintiff                     )
                                )
v.                              )
                                )
SUFFOLK COUNTY DISTRICT         )
ATTORNEY'S OFFICE,              )
  Defendant                     )

**PLAINTIFF'S PROPOSED VERDICT FORM**

I.  **Retaliatory Discharge Claim (Chapter 151B)**

**QUESTION NO. 1:**

Did Plaintiff Christina Corda prove that the termination of her employment was in violation of the anti-retaliation provision of Chapter 151B?

   Yes _____          No _____

If the answer is Yes, proceed to Question No. 2. If the answer is No, proceed to Question No. 3.


**QUESTION NO. 2:**

What monetary amounts do you award to Plaintiff Christina Corda as damages for the Defendant's violation of the anti-retaliation provision of Chapter 151B?

Compensatory Damages:        _____

Emotional Distress Damages:  _____

Punitive Damages:            _____


Proceed to Question No. 3.

## II. Discrimination Claim (Chapter 151B)

**QUESTION NO. 3:**

Did Plaintiff Christina Corda prove that she was paid at a lower rate than comparable men in violation of the anti-discrimination provision of Chapter 151B?

Yes _____                  No _____

If the answer is Yes, proceed to Question No. 4. If the answer is No, proceed to Question No. 5.

**QUESTION NO. 4:**

What monetary amounts do you award to Plaintiff Christina Corda as damages for the Defendant's violation of the anti-discrimination provision of Chapter 151B?

Compensatory Damages:            _____

Emotional Distress Damages:      _____

Punitive Damages:                _____

Proceed to Question No. 5.

### III. Federal Equal Pay Act Claim

**QUESTION NO. 5:**

      Did Plaintiff Christina Corda prove that she was paid at a lower rate than comparable men in violation of the federal Equal Pay Act?

      Yes _____               No _____

If the answer is Yes, proceed to Question No. 6. If the answer is No, proceed to Question No. 7.

**QUESTION NO. 6:**

      What monetary amounts do you award to Plaintiff Christina Corda as damages for the Defendant's violation of the federal Equal Pay Act?

Compensatory Damages:      _____

Proceed to Question No. 7.

## IV. Massachusetts Equal Pay Act Claim

**QUESTION NO. 7:**

Did Plaintiff Christina Corda prove that she was paid at a lower rate than comparable men in violation of the Massachusetts Equal Pay Act?

Yes _____             No _____

If the answer is Yes, proceed to Question No. 8. If the answer is No, stop; you have reached a verdict.

**QUESTION NO. 8:**

What monetary amounts do you award to Plaintiff Christina Corda as damages for the Defendant's violation of the Massachusetts Equal Pay Act?

Compensatory Damages:     _____

Stop. You have reached a verdict.

CHRISTINA CORDA,
By her attorneys,

/s/ Stephen Churchill
Stephen Churchill, BBO # 564158
Hillary Schwab, BBO # 666029
FAIR WORK, P.C.
192 South Street, Suite 450
Boston, MA 02111
(617) 607-3260
steve@fairworklaw.com
hillary@fairworklaw.com

Dated: May 22, 2016

## CERTIFICATE OF SERVICE

   I certify that I served, by the ECF system, a copy of the foregoing document on all counsel of record.

Dated: May 22, 2016             /s/ Stephen Churchill
                      Stephen Churchill