CIVIL/CRIMINAL CASE NO: 15-10628-RWZ
TITLE: Christina Corda VS. Suffolk County

## JURY PANEL

01. Julie Ledoux
02. Roberta MacKinnon
03. Duc H. Vo
04. Ashley Hanlon
05. Rose Malley
06. Kathryn Wells
07. Laura Stamper
08. Neal Y Mui
09. 
10. 
11. 
12. 

ALT. #1 
ALT. #2 
ALT. #3 
ALT. #4 

## WITNESSES

**PLAINTIFF/GOVT.**

01. Christina E. Corda 5/23, 5/24
02. Daniel F. Conley 5/25, 5/25
03. Patrick Haggan 5/26
04. John Towle 5/27
05. Joseph Janezic 5/27
06. John Jack Manini 5/27
07. Chris Myose, Ph.D. 5/31
08. Mark Lee 5/31

**DEFENDANT**

01. Christina Miller 5/31
02. Joshua Cummings 6/1

(Jury&Witness List.wpd - 12/98)