UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 15-10628-RWZ

CHRISTINA CORDA

v.

SUFFOLK COUNTY DISTRICT ATTORNEY'S OFFICE

VERDICT ON SPECIAL QUESTIONS TO THE JURY

June 1, 2016

**Question No. 1:** Did defendant discriminate against plaintiff, Christina Corda, by paying her at a lower rate than comparable men?

YES _____   NO ___✓_____

*Please answer next Question 2.*

**Question No. 2:** Did the defendant retaliate against plaintiff by terminating her employment as a result of her complaints concerning gender discrimination?

YES _____   NO ___✓_____

*Please answer next Question 3.*

**Question No. 3:** Was plaintiff paid at a lower rate than comparable men in violation of the federal Equal Pay Act?

YES _____   NO ___✓_____

*Please answer next Question 4.*

**Question No. 4:** Was plaintiff paid at a lower rate than comparable men in violation of the Massachusetts Equal Pay Act?

YES _____   NO ___✓_____

1

**Question No. 5: Damages**

*If you answered YES to Question 1, please answer the corresponding Questions 5-1(a) and (b). If you answered NO to Question 1, answer Question 5-2.*

**Question 5-1(a).** Plaintiff is awarded the following damages for loss of pay from December ~~13,~~ 31 2013 – September 22, 2014:

$_____

**Question 5-1(b).** Plaintiff is awarded the following damages for emotional distress from defendant's gender discrimination from December ~~13,~~ 31 2013 – September 22, 2014:

$_____

*If you answered YES to Question 2, please answer the corresponding Questions 5-2(a), (b), and (c). If you answered NO to Question 2, answer Question 5-3.*

**Question 5-2(a).** Plaintiff is awarded the following damages for loss of pay from September 22, 2014 – November 2014:

$_____

**Question 5-2(b).** Plaintiff is awarded the following damages for loss of pension benefits:

$_____

**Question 5-2(c).** Plaintiff is awarded the following damages for emotional distress from defendant's retaliation:

$_____

*If you answered YES to Question 3, please answer the corresponding Question 5-3. If you answered NO to Question 3, answer Question 5-4.*

**Question 5-3.** Plaintiff is awarded the following damages for loss of pay from March 2013 to September 22, 2014:

$_____

2

*If you answered YES to Question 4, please answer the corresponding Question 5-4. If you answered NO to Question 4, please return your verdict to the court.*

**Question 5-4.** Plaintiff is awarded the following damages for loss of pay from March 2014 to September 22, 2014:

$ _____

_____6/2/2016_____           _Julie A. Ledoux_

Date                                              Signature of Foreperson