# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CHRISTINA CORDA
        Plaintiff(s)

      v.                         CIVIL ACTION NO. 15CV10628-RWZ

SUFFOLK COUNTY DA'S OFFICE
        Defendant(s)

## JUDGMENT IN A CIVIL CASE

ZOBEL, D.J.

[X]    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[]    **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS  ORDERED AND ADJUDGED**

    Verdict for defendant.

                          ROB FARRELL, CLERK

Dated:    6/2/16                    s/ Lisa A. Urso
                             ( By )  Deputy Clerk